IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02954-MSK-KLM

CROCS, INC., a Delaware corporation,

    Plaintiff,

v.

WALGREEN, CO., an Illinois corporation, and
TOUCHSPORT FOOTWEAR USA, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. The Waivers of Service indicate that Defendants waived service on January 10, 2012, thereby setting the deadline for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint [#7] at March 12, 2012. [#8, #9]. To date, Defendants have not answered or otherwise responded to Plaintiff's Amended Complaint.

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for April 12, 2012 at 10:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that on or before **April 13, 2012**, Plaintiff shall file a Status Report indicating its intention to prosecute this matter. If Plaintiff does not timely comply with this instruction, the Court will recommend that this matter be dismissed for Plaintiff's failure to prosecute.

    Dated: April 4, 2012