IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02954-MSK-KLM

CROCS, INC., a Delaware corporation,

    Plaintiff,

v.

WALGREEN, CO., an Illinois corporation, and
TOUCHSPORT FOOTWEAR USA, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Status Report in Response to Minute Order of April 4, 2012** [Docket No. 12; Filed April 13, 2012]. (the "Report").  The parties state that they "have reached an agreement under which to conclude this litigation," and that they expect to soon "file a document resolving this litigation."  *Report* [#12] at 1.  Plaintiff seeks leave to file a Status Report on or before May 31, 2012 in the event that a dispositive document is not yet filed with the Court.  Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff shall file a Status Report or a Stipulated Motion to Dismiss on or before **May 31, 2012**.

    Dated:  April 16, 2012