## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02954-MSK-KLM

CROCS, INC., a Delaware corporation;

    Plaintiff,

v.

WALGREEN, CO., an Illinois corporation;

and

TOUCHSPORT FOOTWEAR USA, INC., a

    Defendants.

## STATUS REPORT IN RESPONSE TO MINUTE ORDER OF APRIL 16, 2012

Plaintiff Crocs, Inc. ("Crocs") provides this status report in response to the Court's Minute Order of April 16, 2012, requiring Plaintiff to file a Status report or a Stipulated Motion to Dismiss on or before May 31, 2012. On April 16, 2012, after the Court issued the Minute Order described herein, the parties filed a Stipulation for Entry of Permanent Injunction, Consent Judgment and Dismissal with Prejudice (the "Stipulation"). To date, no action has yet been taken with respect to the Stipulation.

Respectfully,

Crocs, Inc.

Dated: May 30, 2012

s/ Michael A. Berta

Michael A. Berta (pro hac vice)
ARNOLD & PORTER LLP
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111
Telephone: (415) 471-3277
Facsimile: (415) 471-3400
michael.berta@aporter.com
Attorneys for CROC, INC., Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this 30th day of May, 2012, the foregoing **STATUS REPORT IN RESPONSE TO MINUTE ORDER OF APRIL 16, 2012** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

s/ Linda J. Teater